[948 NE2d 923, 924 NYS2d 317]

JOYCE HENDERSON, Respondent, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY et al., Appellants, et al., Defendants.

Decided May 10, 2011

## APPEARANCES OF COUNSEL

*Office of Wallace D. Gossett,* Brooklyn (*Lawrence Heisler* of counsel), for appellants.

*Lipsig Shapey Manus & Moverman, P.C.,* New York City (*Jillian Rosen* of counsel), and *Pollack, Pollack, Isaac & DeCicco, LLP,* New York City (*Brian J. Isaac* of counsel), for respondent.

## OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and the certified question answered in the affirmative. Appellants failed to comply with the conditional or-

der. Therefore, the courts below did not err in striking appellants' answer.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.